# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH, <br><br> Plaintiff, <br><br> v. <br><br> FIRSTENERGY CORP. AND FIRSTENERGY SERVICE CO., <br><br> Defendants. | |
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FIRSTENERGY CORP., *et al.*, <br><br> Defendants. | Case Nos. 2:20-cv-03755, 03954, 03987 <br><br> Judge Edmund A. Sargus <br><br> Magistrate Judge Kimberly A. Jolson |
| JAMES BULDAS, <br><br> Plaintiff, <br><br> v. <br><br> FIRSTENERGY CORP., *et al.*, <br><br> Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD FOR <u>DEFENDANT JAMES F. PEARSON</u>

Pursuant to Local Rule 83.4(c)(3), defendant James F. Pearson hereby gives notice that he will substitute counsel of record as set forth below in place of Michael R. Gladman, Tiffany

D. Lipscomb-Jackson, M. Ryan Harmanis, Margaret M. Dengler, and Yaakov Roth of Jones Day.

New counsel for Mr. Pearson will be:

>Jeremy R. Teaberry (0082870)
>Timothy D. Katsiff (*pro hac vice* motion forthcoming)
>David L. Axelrod (*pro hac vice* motion forthcoming)
>Emilia McKee Vassallo (*pro hac vice* motion forthcoming)
>BALLARD SPAHR LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103-7599
>Telephone: (215) 665-8500
>Facsimile: (215) 864-8999
>Email: teaberryj@ballardspahr.com
>Email: katsifft@ballardspahr.com
>Email: axelrodd@ballardspahr.com
>Email: mckeevassalloe@ballardspahr.com

Mr. Teaberry is admitted to practice in Ohio and in this District.  Messrs. Katsiff and Axelrod and Ms. McKee Vassallo will be filing motions for admission *pro hac vice* separately. Messrs. Gladman, Harmanis, and Roth and Mses. Lipscomb-Jackson and Dengler will continue to represent the other defendants on behalf of whom they have entered appearances.

Mr. Pearson certifies below that he has consented to the withdrawal of Messrs. Gladman, Harmanis, and Roth and Mses. Lipscomb-Jackson and Dengler and to the substitution of new counsel.  Mr. Pearson's new counsel certify that all other counsel of record are, by virtue of service of this motion, also so notified.  A proposed order accompanies this notice.

| | |
|---|---|
| Dated: August 19, 2021 | */s/ Michael R. Gladman*<br>Michael R. Gladman (0059797)<br>    *Trial Attorney*<br>Tiffany D. Lipscomb-Jackson (0084382)<br>M. Ryan Harmanis (0093642)<br>Margaret M. Dengler (0097819)<br>JONES DAY<br>325 John H. McConnell Blvd., Suite 600<br>Columbus, Ohio 43215<br>Telephone: (614) 469-3939<br>mrgladman@jonesday.com<br>tdlipscombjackson@jonesday.com<br>rharmanis@jonesday.com<br>mdengler@jonesday.com<br><br>Yaakov M. Roth (*pro hac vice*)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 879-3939<br>yroth@jonesday.com<br><br>*Withdrawing Attorneys for Defendant James F. Pearson* |
| Dated: August 19, 2021 | */s/ Jeremy R. Teaberry (with permission)*<br>Jeremy R. Teaberry (0082870)<br>Timothy D. Katsiff (*pro hac vice* motion forthcoming)<br>David L. Axelrod (*pro hac vice* motion forthcoming)<br>Emilia McKee Vassallo (*pro hac vice* motion forthcoming)<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 665-8500<br>Facsimile: (215) 864-8999<br>Email: teaberryj@ballardspahr.com<br>Email: katsifft@ballardspahr.com<br>Email: axelrodd@ballardspahr.com<br>Email: mckeevassalloe@ballardspahr.com<br><br>*Attorneys for James F. Pearson* |
| Dated: August 19, 2021 | */s/ James F. Pearson (with permission)*<br>James F. Pearson |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record. The foregoing was also served on the following:

>Jeremy R. Teaberry (0082870)
>Timothy D. Katsiff (*pro hac vice* motion forthcoming)
>David L. Axelrod (*pro hac vice* motion forthcoming)
>Emilia McKee Vassallo (*pro hac vice* motion forthcoming)
>BALLARD SPAHR LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103-7599
>Telephone: (215) 665-8500
>Facsimile: (215) 864-8999
>Email: teaberryj@ballardspahr.com
>Email: katsifft@ballardspahr.com
>Email: axelrodd@ballardspahr.com
>Email: mckeevassalloe@ballardspahr.com

>*/s/ Michael R. Gladman*
>Michael R. Gladman
>
>*One of the Withdrawing Attorneys for Defendant James F. Pearson.*